# Order

Michigan Supreme Court
Lansing, Michigan

September 15, 2010

Marilyn Kelly,
Chief Justice

141472

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

TIMOTHY S. BARKOVIC,
        Plaintiff,

v

ATTORNEY DISCIPLINE BOARD,
        Defendant.

SC: 141472
ADB: 10-000071-GA

_____/

On the order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief prior to the scheduled attorney discipline proceedings.

KELLY, C.J., and HATHAWAY and DAVIS, JJ., would grant the requested relief.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2010

_____
Clerk

p0908